

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00894-CR

Adam Paul **EANNARINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED November 10, 2015.

Sandee Bryan Marion, Chief Justice